UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA<br>ORLIN NAHUM SANCHEZ<br>MANUEL EDGARDO MEJIA<br>JOSE GUADALUPE<br>NATAN JOEL ORELLANA<br>JULIO CESAR GUTIERREZ<br>JORGE HUMBERTO VASQUEZ<br>JORGE ALBERTO DOMINGUEZ MADRID<br>FAREN OBED URRUTIN RAMIREZ<br>ERICK JOEL ULLOA AMAYA<br>MARVIN ALEXANDER BUEZO CABALLERO<br>BAYRON ALBERTO CHAVEZ MUNGUIA<br>CRISTIAN EDGARDO TINOCO BUESO<br>WALTER BRIZUELA<br>DILIO CRUZ VASQUEZ<br>OSMON HERALDO GOMEZ<br>ELDER DOMINGO MADRID<br>WILMAN NOEL MARTINEZ LARA<br>RENE ARDON VILLEDA<br>ALEX DANIEL ULLOA AMAYA<br>RENSO RENERIE CASTILLO BLANCO<br>DEBLIN OVIDIO LOPEZ HERNANDEZ<br>WILBER LISANDRO BENITEZ PORTILLO<br>MANUEL ENAMORADO<br>ELMER ENAMORADO<br>JULIO CESAR SALMERON<br>OSCAR RENATO ANARIBA ULLOA<br>MARVIN ALEXANDER CASTRO ALVAREZ<br>HENRY BLADIMIR ACOSTA RUIZ<br>RUFINO QUINTERO AMAYA<br>JOSE MELVIN VASQUEZ DOMINGUEZ<br>EDVIN PINEDA TINOCO<br>JONATAN FELIPE AMAYA<br>CELSO LOIRA RODRIGUEZ<br>RUBEN CASTRO CASTRO<br>EVELIO HERNANDEZ AGUILAR<br>OSCAR AMILCAR GUERRA<br>ALEJANDRO CRUZ PONCE<br>NERY JOEL CANO<br>MARCO TULIO SANTOS<br>NOEL ANTONIO DIAS | Case No. 8:15-cv-02690-SCB-EAJ |

OSCAR DANILO LOPEZ VASQUEZ
GILBERTO MATIAS NOLASCO LOPEZ
MARVIN NOE ALVARADO
MANUEL DE JESUS HERNANDEZ AMAYA
MERLYN RAUL RODRIGUEZ AMAYA
EDUARDO ANTONIO CANO
ORLIN GERARDO CASTRO DIAZ
JAIME ENRIQUE DOMINGUEZ MADRIOL
SANTIAGO ARNALDO ORELLANA
DIONICIO MARCIA CHAVER,

    Plaintiff,

v.

FANCY FARMS, INC.,

    Defendant.

## NOTICE OF APPEARANCE

  NOTICE IS HEREBY GIVEN that Allison R. Wallrapp of the law firm of Allen Norton & Blue, P.A., hereby enters her appearance as co-counsel of record for FANCY FARMS, INC. in the above-referenced matter. All future pleadings and correspondence to Defendant in this litigation should also be served upon the Defendant's undersigned co-counsel at the Tampa office address shown below.

Dated this 19th day of November, 2015.

    Respectfully submitted,

    */s/ Allison R. Wallrapp*
    ALLISON R. WALLRAPP
    Florida Bar No. 106779
    *Co-Counsel for Defendant*

    **ALLEN NORTON & BLUE, P.A.**
    Hyde Park Plaza - Suite 225
    324 South Hyde Park Avenue
    Tampa, Florida 33606-4127
    (813) 251-1210 | (813) 253-2006 – Fax
    E-mail: awallrapp@anblaw.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this 19th day of November, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Gladys Andrea Ortega, Esquire<br>Sara Mangan, Esquire<br>Florida Rural Legal Services, Inc.<br>3210 Cleveland Avenue, Suite 101<br>Fort Myers, Florida 33901<br>Andrea.ortega@frls.org<br>Sara.mangan@frls.org | Karla C. Martinez, Esquire<br>Gregory S. Schell, Esquire<br>Florida Legal Services, Inc.<br>Migrant Farmworker Justice Project<br>508 Lucerne Avenue<br>Lake Worth, Florida 33460-3819<br>karla@floridalegal.org<br>greg@floridalegal.org |

*/s/ Allison R. Wallrapp*
ATTORNEY