# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SELSO PALMA ULLOA, ORLIN NAHUM SANCHEZ, MANUEL EDGARDO MEJIA, JOSE GUADALUPE, NATAN JOEL ORELLANA, JULIO CESAR GUTIERREZ, JORGE HUMBERTO VASQUEZ, JORGE ALBERTO DOMINGUEZ MADRID, FAREN OBED URRUTIN RAMIREZ, ERICK JOEL ULLOA AMAYA, MARVIN ALEXANDER BUEZO CABALLERO, BAYRON ALBERTO CHAVEZ MUNGUIA, CRISTIAN EDGARDO TINOCO BUESO, WALTER BRIZUELA, DILIO CRUZ VASQUEZ, OSMON HERALDO GOMEZ, ELDER DOMINGO MADRID, WILMAN NOEL MARTINEZ LARA, RENE ARDON VILLEDA, ALEX DANIEL ULLOA AMAYA, RENSO RENERIE CASTILLO BLANCO, DEBLIN OVIDIO LOPEZ HERNANDEZ, WILBER LISANDRO BENITEZ PORTILLO, MANUEL ENAMORADO, ELMER ENAMORADO, JULIO CESAR SALMERON, OSCAR RENATO ANARIBA ULLOA, MARVIN ALEXANDER CASTRO ALVAREZ, HENRY BLADIMIR ACOSTA RUIZ, RUFINO QUINTERO AMAYA, JOSE MELVIN VASQUEZ DOMINGUEZ, EDVIN PINEDA TINOCO, JONATHAN FELIPE AMAYA, CELSO LOIRA RODRIGUEZ, RUBEN CASTRO CASTRO, EVELIO HERNANDEZ AGUILAR, OSCAR AMILCAR GUERRA, ALEJANDRO CRUZ PONCE, NERY JOEL CANO, MARCO TULIO SANTOS, NOEL ANTONIO DIAS, OSCAR DANILO LOPEZ VASQUEZ, GILBERTO MATIAS NOLASCO LOPEZ, MARVIN NOE ALVARADO, MANUEL DE JESUS HERNANDEZ AMAYA, MERLYN RAUL RODRIGUEZ AMAYA, EDUARDO

ANTONIO CANO, ORLIN GERARDO
CASTRO DIAZ, JAIME ENRIQUE
DOMINGUEZ MADRIOL, SANTIAGO
ARNALDO ORELLANA and DIONICIO
MARCIA CHAVER,

      Plaintiffs,

v.                                                  Case No: 8:15-cv-2690-T-24EAJ

FANCY FARMS, INC.,

      Defendant.
_____

## NOTICE TO COUNSEL

**Sara Mangan**

      Pursuant to Local Rule 2.01, you are not a member of the Middle District of Florida and must due to the following:

      Once counsel has been admitted to practice, counsel must register for a CM/ECF login and password.

      Please review Rule 2.01 of the Local Rules of the United States District Court for the Middle District of Florida for readmission to practice in the Middle District. The Attorney Admission procedures are available at www.flmd.uscourts.gov under the Attorney Resources section (Tampa tab).

                                          SHERYL L. LOESCH, CLERK

                                          s/K. M., Deputy Clerk