UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA<br>ORLIN NAHUM SANCHEZ<br>MANUEL EDGARDO MEJIA<br>JOSE GUADALUPE<br>NATAN JOEL ORELLANA<br>JULIO CESAR GUTIERREZ<br>JORGE HUMBERTO VASQUEZ<br>JORGE ALBERTO DOMINGUEZ MADRID<br>FAREN OBED URRUTIN RAMIREZ<br>ERICK JOEL ULLOA AMAYA<br>MARVIN ALEXANDER BUEZO CABALLERO<br>BAYRON ALBERTO CHAVEZ MUNGUIA<br>CRISTIAN EDGARDO TINOCO BUESO<br>WALTER BRIZUELA<br>DILIO CRUZ VASQUEZ<br>OSMON HERALDO GOMEZ<br>ELDER DOMINGO MADRID<br>WILMAN NOEL MARTINEZ LARA<br>RENE ARDON VILLEDA<br>ALEX DANIEL ULLOA AMAYA<br>RENSO RENERIE CASTILLO BLANCO<br>DEBLIN OVIDIO LOPEZ HERNANDEZ<br>WILBER LISANDRO BENITEZ PORTILLO<br>MANUEL ENAMORADO<br>ELMER ENAMORADO<br>JULIO CESAR SALMERON<br>OSCAR RENATO ANARIBA ULLOA<br>MARVIN ALEXANDER CASTRO ALVAREZ<br>HENRY BLADIMIR ACOSTA RUIZ<br>RUFINO QUINTERO AMAYA<br>JOSE MELVIN VASQUEZ DOMINGUEZ<br>EDVIN PINEDA TINOCO<br>JONATAN FELIPE AMAYA<br>CELSO LOIRA RODRIGUEZ<br>RUBEN CASTRO CASTRO<br>EVELIO HERNANDEZ AGUILAR<br>OSCAR AMILCAR GUERRA<br>ALEJANDRO CRUZ PONCE<br>NERY JOEL CANO<br>MARCO TULIO SANTOS<br>NOEL ANTONIO DIAS | Case No. 8:15-cv-02690-SCB-EAJ |

OSCAR DANILO LOPEZ VASQUEZ
GILBERTO MATIAS NOLASCO LOPEZ
MARVIN NOE ALVARADO
MANUEL DE JESUS HERNANDEZ AMAYA
MERLYN RAUL RODRIGUEZ AMAYA
EDUARDO ANTONIO CANO
ORLIN GERARDO CASTRO DIAZ
JAIME ENRIQUE DOMINGUEZ MADRIOL
SANTIAGO ARNALDO ORELLANA
DIONICIO MARCIA CHAVER,

              Plaintiff,

v.

FANCY FARMS, INC.,

              Defendant.

## **DEFENDANT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

COMES NOW, FANCY FARMS, INC. ("Defendant"), by and through its undersigned counsel, and hereby files its Response to the Court's Order to Show Cause, issued January 21, 2016 (Dkt. 7).

Although Defendant's undersigned counsel entered their appearances on November 19, 2015, at the time of doing so, Defendant had not yet been served with a Summons and copy of the Complaint in this litigation. As of the date of this filing, the Defendant has still not yet been served in this litigation.

The undersigned counsel has been authorized by Defendant to accept a notice for the waiver of formal service, consistent with the provisions of Rule 4(d), Federal Rules of Civil Procedure. The undersigned communicated this authorization to Plaintiffs' counsel via e-mail on November 24, 2015.

In speaking today with Plaintiffs' counsel Andrea Ortega, Esquire, Plaintiffs' counsel expects to send the Rule 4(d) notice forms to the undersigned counsel for Defendant by the end of this week.

Dated this 21st day of January, 2016.    Respectfully submitted,

/s/ David J. Stefany
DAVID J. STEFANY
Florida Bar No. 0438995
ALLISON R. WALLRAPP
Florida Bar No. 106779
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  dstefany@anblaw.com
           awallrapp@anblaw.com

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this 21st day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Gladys Andrea Ortega, Esquire | Karla C. Martinez, Esquire |
| Sara Mangan, Esquire | Gregory S. Schell, Esquire |
| Florida Rural Legal Services, Inc. | Florida Legal Services, Inc. |
| 3210 Cleveland Avenue, Suite 101 | Migrant Farmworker Justice Project |
| Fort Myers, Florida 33901 | 508 Lucerne Avenue |
| Andrea.ortega@frls.org | Lake Worth, Florida 33460-3819 |
| Sara.mangan@frls.org | karla@floridalegal.org |
| | greg@floridalegal.org |

/s/ David J. Stefany
ATTORNEY