UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA ) | |
| ORLIN NAHUM SANCHEZ ) | |
| MANUEL EDGARDO MEJIA ) | |
| JOSE GUADALUPE ) | |
| NATAN JOEL ORELLANA ) | |
| JULIO CESAR GUTIERREZ ) | |
| JORGE HUMBERTO VASQUEZ ) | |
| JORGE ALBERTO DOMINGUEZ MADRID ) | |
| FAREN OBED URRUTIN RAMIREZ ) | |
| ERICK JOEL ULLOA AMAYA ) | |
| MARVIN ALEXANDER BUEZO CABALLERO ) | |
| BAYRON ALBERTO CHAVEZ MUNGUIA ) | |
| CRISTIAN EDGARDO TINOCO BUESO ) | |
| DIONICIO MARCIA CHAVER ) | |
| WALTER BRIZUELA ) | CASE NO.: 8:15-cv-02690-SCB-EAJ |
| DILIO CRUZ VASQUEZ ) | |
| OSMON HERALDO GOMEZ ) | |
| ELDER DOMINGO MADRID ) | |
| WILMAN NOEL MARTINEZ LARA ) | |
| RENE ARDON VILLEDA ) | |
| ALEX DANIEL ULLOA AMAYA ) | |
| RENSO RENERIE CASTILLO BLANCO ) | |
| DEBLIN OVIDIO LOPEZ HERNANDEZ ) | |
| WILBER LISANDRO BENITEZ PORTILLO ) | |
| MANUEL ENAMORADO ) | |
| ELMER ENAMORADO ) | |
| JULIO CESAR SALMERON ) | |
| OSCAR RENATO ANARIBA ULLOA ) | |
| MARVIN ALEXANDER CASTRO ALVAREZ ) | |
| HENRY BLADIMIR ACOSTA RUIZ ) | |
| RUFINO QUINTERO AMAYA ) | |
| JOSE MELVIN VASQUEZ DOMINGUEZ ) | |
| EDVIN PINEDA TINOCO ) | |
| JONATHAN FELIPE AMAYA ) | |
| CELSO LOIRA RODRIGUEZ ) | |
| RUBEN CASTRO CASTRO ) | |
| EVELIO HERNANDEZ AGUILAR ) | |
| OSCAR AMILCAR GUERRA ) | |

| | |
|---|---|
| NERY JOEL CANO | ) |
| MARCO TULIO SANTOS | ) |
| NOEL ANTONIO DIAS | ) |
| OSCAR DANILO LOPEZ VASQUEZ | ) |
| GILBERTO MATIAS NOLASCO LOPEZ | ) |
| MARVIN NOE ALVARADO | ) |
| MANUEL DE JESUS HERNANDEZ AMAYA | ) |
| MERLYN RAUL RODRIGUEZ AMAYA | ) |
| EDUARDO ANTONIO CANO | ) |
| ORLIN GERARDO CASTRO DIAZ | ) |
| SANTIAGO ARNALDO ORELLANA | ) |
| JAIME ENRIQUE DOMINGUEZ MADRIOL | ) |
| ALEJANDRO CRUZ PONCE, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| FANCY FARMS, INC., | ) |
|  | ) |
| Defendant. | **)** |
| _____ | ) |

**PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF THE COURT'S
INTERROGATORIES AS SET FORTH IN THE FLSA SCHEDULING ORDER**

The Plaintiffs, by through their respective counsel, and pursuant to Rule 16(b)(4), Federal Rules of Civil Procedure and Local 3.01(g) for the Middle District of Florida, hereby move that the Court continue the current deadline for the Plaintiffs' Answers to the Court's interrogatories set forth in the Notice of Designation Under Local Rule 3.05, Additional Procedures for FLSA Cases, and Order Requiring Electronic Filing. Currently, the deadline is scheduled within 14 days of January 28, 2016. The Plaintiffs respectfully request that the deadline be extended until March 1, 2016.

2

In accordance with Local Rule 3.01 (g), Plaintiffs certify that undersigned counsel has conferred with counsel of record for Fancy Farms, Inc., who does not oppose the relief sought in this motion.

The Plaintiffs submit that this motion is not submitted for purposes of unnecessary delay, but rather to give Plaintiffs sufficient time to comply with the Court's request. The Plaintiffs are indigent farmworkers, some of which are domiciled in rural areas of Honduras with limited access to a telephone and mail courier services, and other Plaintiffs are located in various locations throughout the United States. Undersigned counsel requires more time to receive the necessary documents from the Plaintiffs domiciled abroad, and those in the United States who do not have reliable mailing addresses and form of communication which, in turn, has caused additional prolonged efforts to obtain the information.

WHEREFORE, for the reasons noted above, the Plaintiffs respectfully suggest that good cause exists under Local Rule 3.01(g) for the Middle District of Florida to continue the deadline for the Plaintiffs' answers to the Court's interrogatories. Plaintiffs respectfully request that the Court continue this deadline and order a new deadline of March 01, 2016.

Dated:  February 11, 2016

Respectfully submitted,

**/s/ Andrea Ortega**
Gladys Andrea Ortega
Florida Bar Number 0097651
Telephone: 239-334-4554, ext. 4120
Email: andrea.ortega@frls.org

            **/s/ Sara Mangan**
            Sara Mangan
            Florida Bar Number 0112071
            Telephone: 239-334-4554, ext. 4113
            Email: amanda.caldwell@frls.org

            Florida Rural Legal Services
            3210 Cleveland Avenue, Ste. 101
            Fort Myers, Florida 33902
            Telephone: 239-334-4554
            Fax: 239-334-3042


            **/s/ Karla C. Martinez**
            Karla C. Martinez, Esq.
            Florida Bar No.: 0094674
            e-mail: karla@floridalegal.org


            **/s/ Gregory S. Schell**
            Gregory S. Schell, Esq.
            Florida Bar No.: 287199
            e-mail: greg@floridalegal.org

            Florida Legal Services, Inc.
            Migrant Farmworker Justice Project
            508 Lucerne Avenue
            Lake Worth, Florida 33460-3819
            Telephone: (561) 582-3921
            Facsimile: (561) 582-4884


            *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.


            **/s/ Andrea Orteg**

4

## SERVCE LIST

<u>Selso Palma Ulloa et al. v. Fancy Farms, Inc.</u>
Case No.: 8:15-cv-02690-SCB-EAJ

United States District Court
Middle District of Florida

**Gladys Ortega**
Telephone: (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Sara Mangan**
Telephone: (239) 334-4554 ext. 4113
Email: sara.mangan@frls.org

Florida Rural Legal Services
3210 Cleveland Avenue, Ste. 101
Fort Myers, Florida 33902
Telephone: 239-334-455
Fax: 239-334-3042


**Karla C. Martinez, Esq.**
e-mail: karla@floridalegal.org

**Gregory S. Schell, Esq.**
e-mail: greg@floridalegal.org

Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

*Attorneys for Plaintiffs*

**David J. Stefany**
Email: dstefany@anblaw.com

**Allison R. Wallrapp**
E-mail: awallrapp@anblaw.com

Allen Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
Telephone: 813-251-1210
Fax: 813-253-2006

(Served via transmission of Notice of Electronic Filing generated by CM/ECF)


*Attorneys for Defendant*
*Fancy Farms, Inc*