UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA ) | |
| ORLIN NAHUM SANCHEZ ) | |
| MANUEL EDGARDO MEJIA ) | |
| JOSE GUADALUPE ) | |
| NATAN JOEL ORELLANA ) | |
| JULIO CESAR GUTIERREZ ) | |
| JORGE HUMBERTO VASQUEZ ) | |
| JORGE ALBERTO DOMINGUEZ MADRID ) | |
| FAREN OBED URRUTIN RAMIREZ ) | |
| ERICK JOEL ULLOA AMAYA ) | |
| MARVIN ALEXANDER BUEZO CABALLERO ) | |
| BAYRON ALBERTO CHAVEZ MUNGUIA ) | |
| CRISTIAN EDGARDO TINOCO BUESO ) | |
| DIONICIO MARCIA CHAVER ) | |
| WALTER BRIZUELA ) | CASE NO.: 8:15-cv-02690-SCB-EAJ |
| DILIO CRUZ VASQUEZ ) | |
| OSMON HERALDO GOMEZ ) | |
| ELDER DOMINGO MADRID ) | |
| WILMAN NOEL MARTINEZ LARA ) | |
| RENE ARDON VILLEDA ) | |
| ALEX DANIEL ULLOA AMAYA ) | |
| RENSO RENERIE CASTILLO BLANCO ) | |
| DEBLIN OVIDIO LOPEZ HERNANDEZ ) | |
| WILBER LISANDRO BENITEZ PORTILLO ) | |
| MANUEL ENAMORADO ) | |
| ELMER ENAMORADO ) | |
| JULIO CESAR SALMERON ) | |
| OSCAR RENATO ANARIBA ULLOA ) | |
| MARVIN ALEXANDER CASTRO ALVAREZ ) | |
| HENRY BLADIMIR ACOSTA RUIZ ) | |
| RUFINO QUINTERO AMAYA ) | |
| JOSE MELVIN VASQUEZ DOMINGUEZ ) | |
| EDVIN PINEDA TINOCO ) | |
| JONATHAN FELIPE AMAYA ) | |
| CELSO LOIRA RODRIGUEZ ) | |
| RUBEN CASTRO CASTRO ) | |
| EVELIO HERNANDEZ AGUILAR ) | |
| OSCAR AMILCAR GUERRA ) | |

```
NERY JOEL CANO                              )
MARCO TULIO SANTOS                          )
NOEL ANTONIO DIAS                           )
OSCAR DANILO LOPEZ VASQUEZ                  )
GILBERTO MATIAS NOLASCO LOPEZ               )
MARVIN NOE ALVARADO                         )
MANUEL DE JESUS HERNANDEZ AMAYA             )
MERLYN RAUL RODRIGUEZ AMAYA                 )
EDUARDO ANTONIO CANO                        )
ORLIN GERARDO CASTRO DIAZ                   )
SANTIAGO ARNALDO ORELLANA                   )
JAIME ENRIQUE DOMINGUEZ MADRIOL             )
ALEJANDRO CRUZ PONCE,                       )
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )
                                            )
FANCY FARMS, INC.,                          )
                                            )
            Defendant.                      )
_____)
```

## NOTICE OF CHANGE OF ADDRESS

Attorney Karla C. Martinez hereby files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Florida Legal Services, Inc.
MIGRANT FARMWORKER JUSTICE PROJECT
14260 W. Newberry Rd., No. 412
Newberry, Florida 32669
(352) 375-2494 Ext. 1012
(352) 331-5202 *fax*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of February 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Gladys Ortega**
Tel:  (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Sara Mangan**
Tel: (239) 334-4554 ext. 4113
Email: sara.mangan@frls.org

Florida Rural Legal Services
3210 Cleveland Avenue, Ste. 101
Fort Myers, Florida 33902
Telephone: 239-334-455
Fax: 239-334-3042


**Gregory S. Schell, Esq.**
e-mail: greg@floridalegal.org
Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

*Attorneys for Plaintiffs*

**David J. Stefany**
Email: dstefany@anblaw.com

**Allison R. Wallrapp**
E-mail: awallrapp@anblaw.com

Allen Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
Tel: 813-251-1210
Fax: 813-253-2006

*Attorneys for Defendant*
*Fancy Farms*


Respectfully Submitted,

*Karla C. Martinez*
Karla C. Martinez
FL Bar No. 94674
Florida Legal Services, Inc.
MIGRANT FARMWORKER JUSTICE
    PROJECT
14260 W. Newberry Rd., No. 412
Newberry, Florida 32669
(352) 375-2494 Ext. 1012
(352) 331-5202 *fax*
e-mail: karla@floridalegal.org
*Attorney for Plaintiffs*