UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

SELSO PALMA ULLOA )
ORLIN NAHUM SANCHEZ HERNRIQUEZ )
MANUEL EDGARDO MEJIA MENDEZ )
JOSE GUADALUPE HERNANDEZ ENAMORADO )
NATAN JOEL ORELLANA MENDEZ )
JULIO CESAR GUTIERREZ )
JORGE HUMBERTO VASQUEZ )
JORGE ALBERTO DOMINGUEZ MADRID )
FAREN OBED URRUTIA RAMIREZ )
ERICK JOEL ULLOA AMAYA )
MARVIN ALEXANDER BUEZO CABALLERO )
BAYRON ALBERTO CHAVEZ MUNGUIA )
CRISTIAN EDGARDO TINOCO BUESO )
WALTER ANTONIO BRIZUELA GARCIA )
DILIO CRUZ VASQUEZ )
OSMON GERALDO GOMEZ )
ELDER DOMINGO MADRID SAAVEDRA ) CIVIL ACTION No.:
WILMAN NOEL MARTINEZ LARA ) 8:15-cv-02690-SCB-EAJ
RENE ARDON VILLEDA )
ALEX DANIEL ULLOA AMAYA )
DEBLIN OVIDIO LOPEZ HERNANDEZ )
WILBER LISANDRO BENITEZ PORTILLO )
JULIO CESAR SALMERON )
OSCAR RENATO ANARIBA ULLOA )
MARVIN ALEXANDER CASTRO ALVAREZ )
HENRY BLADIMIR ACOSTA RUIZ )
RUFINO QUINTERO AMAYA )
JOSE MELVIN VASQUEZ DOMINGUEZ )
EDVIN PINEDA TINOCO )
JONATAN FELIPE AMAYA BENITEZ )
CELSO LARA RODRIGUEZ )
RUBEN CASTRO CASTRO )
EVELIO HERNANDEZ AGUILAR )
OSCAR AMILCA GUERRA )
NERY JOEL CANO )
MARCO TULIO SANTOS GARCIA )
NOEL ANTONIO DIAZ )
OSCAR DANILO LOPEZ VASQUEZ )
GILBERTO MATIAS NOLASCO LOPEZ )

MERLIN NOE ALVARADO MEDRANO )
MANUEL DE JESUS HERNANDEZ AMAYA )
MERLYN RAUL RODRIGUEZ AMAYA )
EDUARDO ANTONIO CANO )
ORLYN GERARDO CASTRO DIAZ )
SANTIAGO ARNALDO ORELLANA MENDEZ )
JAIME ENRIQUE DOMINGUEZ MADRID )
RENSO RENERIE CASTILLO BLANCO )
ALEX CRUZ PONCE )
DIONICIO MENCIA CHAVER )
OSMAN LEONEL GAMEZ RAMOS )
JULIO CESAR RAMOS )
GILBERTO GARCIA ZELAYA )
JOSE LUCIO ALVARADO DUBON and )
ALEX RENE MEMBRENO REYES, )
)
)
Plaintiffs, )
)
v. )
)
FANCY FARMS, INC., )
)
Defendant. )
_______________________________________________ )

**NOTICE OF FILING ANSWERS TO COURT'S INTERROGATORIES**

Plantiffs SELSO PALMA ULLOA, ORLIN NAHUM SANCHEZ HERNRIQUEZ, MANUEL EDGARDO MEJIA MENDEZ, JOSE GUADALUPE HERNANDEZ ENAMORADO, NATAN JOEL ORELLANA MENDEZ, JULIO CESAR GUTIERREZ, JORGE HUMBERTO VASQUEZ, JORGE ALBERTO DOMINGUEZ MADRID, FAREN OBED URRUTIA RAMIREZ, ERICK JOEL ULLOA AMAYA, MARVIN ALEXANDER BUEZO CABALLERO, BAYRON ALBERTO CHAVEZ MUNGUIA, CRISTIAN EDGARDO TINOCO BUESO, WALTER ANTONIO BRIZUELA GARCIA, DILIO CRUZ VASQUEZ, OSMON GERALDO GOMEZ, ELDER DOMINGO MADRID SAAVEDRA, WILMAN NOEL MARTINEZ LARA, RENE ARDON VILLEDA, ALEX DANIEL ULLOA AMAYA, DEBLIN OVIDIO LOPEZ

HERNANDEZ, WILBER LISANDRO BENITEZ PORTILLO, JULIO CESAR SALMERON, OSCAR RENATO ANARIBA ULLOA, MARVIN ALEXANDER CASTRO ALVAREZ, HENRY BLADIMIR ACOSTA RUIZ, RUFINO QUINTERO AMAYA, JOSE MELVIN VASQUEZ DOMINGUEZ, EDVIN PINEDA TINOCO, JONATAN FELIPE AMAYA BENITEZ, CELSO LARA RODRIGUEZ, RUBEN CASTRO CASTRO, EVELIO HERNANDEZ AGUILAR, OSCAR AMILCA GUERRA, NERY JOEL CANO, MARCO TULIO SANTOS GARCIA, NOEL ANTONIO DIAZ, OSCAR DANILO LOPEZ VASQUEZ, GILBERTO MATIAS NOLASCO LOPEZ, MERLIN NOE ALVARADO MEDRANO, MANUEL DE JESUS HERNANDEZ AMAYA, MERLYN RAUL RODRIGUEZ AMAYA, EDUARDO ANTONIO CANO, ORLYN GERARDO CASTRO DIAZ, SANTIAGO ARNALDO ORELLANA MENDEZ, JAIME ENRIQUE DOMINGUEZ MADRID, RENSO RENERIE CASTILLO BLANCO, ALEX CRUZ PONCE, DIONICIO MENCIA CHAVER, OSMAN LEONEL GAMEZ RAMOS, JULIO CESAR RAMOS, GILBERTO GARCIA ZELAYA, JOSE LUCIO ALVARADO DUBON, and ALEX RENE MEMBRENO REYES, by and through undersigned counsel, hereby file the attached Answers to Court's interrogatories pursuant to the FLSA Scheduling order as Exhibits A through YY.

Dated this 1st day of March, 2016.

Respectfully Submitted,

***s/Andrea Ortega***
**Gladys Andrea Ortega, Esq.**
Florida Bar Number 97651
andrea.ortega@frls.org

***s/Sara Mangan***
**Sara Mangan, Esq.**
Florida Bar Number 0112071
sara.mangan@frls.org

Florida Rural Legal Services, Inc.
3210 Cleveland Ave. #101
Fort Myers, FL 33901
(239) 334-4554

***/s/ Karla C. Martinez***
Karla C. Martinez
Florida Bar No. 094674
e-mail: karla@floridalegal.org

***/s/ Gregory S. Schell***
Gregory S. Schell
Florida Bar No. 287199
e-mail: greg@floridalegal.org

Florida Legal Services, Inc.
MIGRANT FARMWORKER
JUSTICE PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 01, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

***/s/*** **Andrea Ortega**

**SERVCE LIST**

Selso Palma Ulloa et al. v. Fancy Farms, Inc.
Case No.: 8:15-cv-02690-SCB-EAJ

United States District Court
Middle District of Florida

**Gladys Ortega**
Telephone: (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Sara Mangan**
Telephone: (239) 334-4554 ext. 4113
Email: sara.mangan@frls.org

Florida Rural Legal Services
3210 Cleveland Avenue, Ste. 101
Fort Myers, Florida 33902
Telephone: 239-334-455
Fax: 239-334-3042

**Karla C. Martinez, Esq.**
e-mail: karla@floridalegal.org

**Gregory S. Schell, Esq.**
e-mail: greg@floridalegal.org

Florida Legal Services, Inc.
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

*Attorneys for Plaintiffs*

**David J. Stefany**
Email: dstefany@anblaw.com

**Allison R. Wallrapp**
E-mail: awallrapp@anblaw.com

Allen Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
Telephone: 813-251-1210
Fax: 813-253-2006

(Served via transmission of Notice of Electronic Filing generated by CM/ECF)

*Attorneys for Defendant Fancy Farms, Inc*