UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

|  |  |
|---|---|
| **SELSO PALMA ULLOA**, *et al.,* |  |
| **Plaintiffs,** |  |
| v. | Case 8:15-cv-2690-SCB-EAJ |
| **FANCY FARMS, INC.,** |  |
| **Defendant.** |  |

**NOTICE OF COUNSEL'S CHANGE OF ADDRESS**

    Gregory S. Schell, co-counsel for Plaintiffs, has relocated his office.  All future pleadings and filings should be served on him at his new address:

       Gregory S. Schell
      Migrant Farmworker Justice Project
      Florida Legal Services, Inc.
      Post Office Box 32159
      Palm Beach Gardens, Florida   33420

The undersigned's telephone and e-mail addresses remain unchanged.

        Respectfully submitted,

        ***/s/ Gregory S. Schell***
        Gregory S. Schell
        Florida Bar Number 287199
        MIGRANT FARMWORKER JUSTICE
            PROJECT
        Post Office Box 32159
        Palm Beach Gardens, Florida   33420
        Telephone:     (561) 582-3921
        e-mail:        Greg@Floridalegal.Org

        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

        ***/s/ Gregory S. Schell***
        Gregory S. Schell
        Florida Bar Number 287199
        MIGRANT FARMWORKER JUSTICE PROJECT
        Post Office Box 32159
        Palm Beach Gardens, Florida   33420