UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA<br>ORLIN NAHUM SANCHEZ HERNRIQUEZ<br>MANUEL EDGARDO MEJIA MENDEZ<br>JOSE GUADALUPE HERNANDEZ ENAMORADO<br>NATAN JOEL ORELLANA MENDEZ<br>JULIO CESAR GUTIERREZ<br>JORGE HUMBERTO VASQUEZ<br>JORGE ALBERTO DOMINGUEZ MADRID<br>FAREN OBED URRUTIA RAMIREZ<br>ERICK JOEL ULLOA AMAYA<br>MARVIN ALEXANDER BUEZO CABALLERO<br>BAYRON ALBERTO CHAVEZ MUNGUIA<br>CRISTIAN EDGARDO TINOCO BUESO<br>WALTER ANTONIO BRIZUELA GARCIA<br>DILIO CRUZ VASQUEZ<br>OSMON GERALDO GOMEZ<br>ELDER DOMINGO MADRID SAAVEDRA<br>WILMAN NOEL MARTINEZ LARA<br>RENE ARDON VILLEDA<br>ALEX DANIEL ULLOA AMAYA<br>DEBLIN OVIDIO LOPEZ HERNANDEZ<br>WILBER LISANDRO BENITEZ PORTILLO<br>JULIO CESAR SALMERON<br>OSCAR RENATO ANARIBA ULLOA<br>MARVIN ALEXANDER CASTRO ALVAREZ<br>HENRY BLADIMIR ACOSTA RUIZ<br>RUFINO QUINTERO AMAYA<br>JOSE MELVIN VASQUEZ DOMINGUEZ<br>EDVIN PINEDA TINOCO<br>JONATAN FELIPE AMAYA BENITEZ<br>CELSO LARA RODRIGUEZ<br>RUBEN CASTRO CASTRO<br>EVELIO HERNANDEZ AGUILAR<br>OSCAR AMILCA GUERRA<br>NERY JOEL CANO,<br>MARCO TULIO SANTOS GARCIA<br>NOEL ANTONIO DIAZ<br>OSCAR DANILO LOPEZ VASQUEZ<br>GILBERTO MATIAS NOLASCO LOPEZ<br>MERLIN NOE ALVARADO MEDRANO<br>MANUEL DE JESUS HERNANDEZ AMAYA | Case No. 8:15-cv-02690-SCB-EAJ |

**ALLEN NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

MERLYN RAUL RODRIGUEZ AMAYA
EDUARDO ANTONIO CANO
ORLYN GERARDO CASTRO DIAZ
SANTIAGO ARNALDO ORELLANA MENDEZ
JAIME ENRIQUE DOMINGUEZ MADRID
RENSO RENERIE CASTILLO BLANCO
ALEX CRUZ PONCE
DIONICIO MENCIA CHAVER
OSMAN LEONEL GAMEZ RAMOS
JULIO CESAR RAMOS
GILBERTO GARCIA ZELAYA
JOSE LUCIO ALVARADO DUBON and
ALEX RENE MEMBRENO REYES,

        Plaintiffs,

v.

FANCY FARMS, INC.,

        Defendant.

## JOINT NOTICE OF COMPLIANCE

Pursuant to this Court's FLSA Scheduling Order (Dkt. 3), the parties hereto file this Joint Notice of Compliance with the Order, and state as follows:

1. On March 1, 2016, Plaintiffs answered this Court's Interrogatories, served a copy on the Defendant, and filed the answers with the Court (Dkt. 17).

2. On March 16, 2016, Defendant served on the Plaintiffs and filed with the Court a Verified Summary of all hours worked by Plaintiffs during each relevant pay period (Dkt. 18). In addition, Defendant served on Plaintiffs copies of all time sheets and payroll records that supported and related to the time periods in the Verified Summary.

3. On April 14, 2016, counsel for the Plaintiffs and Defendant met and conferred in a good faith effort to settle all pending issues.

4.      The parties hereby notify this Court that they have complied with Paragraphs 1, 2, and 3 of the Order, as outlined above, but have not settled the case.

Dated this 22nd day of April, 2016.

| | |
|---|---|
| */s/ Andrea Ortega* | */s/ Allison R. Wallrapp* |
| GLADYS ANDREA ORTEGA | DAVID J. STEFANY |
| Florida Bar Number 97651 | Florida Bar No. 0438995 |
| andrea.ortega@frls.org | dstefany@anblaw.com |
| SARA MANGAN | ALLISON R. WALLRAPP |
| Florida Bar Number 0112071 | Florida Bar No. 106779 |
| sara.mangan@frls.org | awallrapp@anblaw.com |
| **FLORIDA RURAL LEGAL SERVICES, INC.** | **ALLEN, NORTON & BLUE, P.A.** |
| 3210 Cleveland Ave. #101 | Hyde Park Plaza - Suite 225 |
| Fort Myers, FL 33901 | 324 South Hyde Park Avenue |
| Telephone: (561)582-3921 | Tampa, Florida 33606-4127 |
| | (813) 251-1210 |
| | (813) 253-2006 – Fax |
| GREGORY S. SCHELL | *Counsel for Defendant* |
| Florida Bar No. 287199 | |
| greg@floridalegal.org | |
| **FLORIDA LEGAL SERVICES, INC.** | |
| **Migrant Farmworker Justice Project** | |
| P.O. Box 32159 | |
| Palm Beach Gardens, FL 33420 | |
| (561) 582-3921 | |
| (561) 582-4884 – Fax | |
| | |
| KARLA C. MARTINEZ | |
| Florida Bar No. 094674 | |
| karla@floridalegal.org | |
| **FLORIDA LEGAL SERVICES, INC.** | |
| **Migrant Farmworker Justice Project** | |
| 14260 West Newberry Road, No. 412 | |
| Newberry, Florida 32669 | |
| (352) 375-2494, ext. 1012 | |
| (352) 331-5202 – Fax | |
| *Counsel for Plaintiffs* | |