UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA | ) |
| ORLIN NAHUM SANCHEZ | ) |
| MANUEL EDGARDO MEJIA | ) |
| JOSE GUADALUPE | ) |
| NATAN JOEL ORELLANA | ) |
| JULIO CESAR GUTIERREZ | ) |
| JORGE HUMBERTO VASQUEZ | ) |
| JORGE ALBERTO DOMINGUEZ MADRID | ) |
| FAREN OBED URRUTIN RAMIREZ | ) |
| ERICK JOEL ULLOA AMAYA | ) |
| MARVIN ALEXANDER BUEZO CABALLERO | ) |
| BAYRON ALBERTO CHAVEZ MUNGUIA | ) |
| CRISTIAN EDGARDO TINOCO BUESO | ) |
| DIONICIO MARCIA CHAVER | ) |
| WALTER BRIZUELA | )   CASE NO.: 8:15-cv-02690-SCB-EAJ |
| DILIO CRUZ VASQUEZ | ) |
| OSMON HERALDO GOMEZ | ) |
| ELDER DOMINGO MADRID | ) |
| WILMAN NOEL MARTINEZ LARA | ) |
| RENE ARDON VILLEDA | ) |
| ALEX DANIEL ULLOA AMAYA | ) |
| RENSO RENERIE CASTILLO BLANCO | ) |
| DEBLIN OVIDIO LOPEZ HERNANDEZ | ) |
| WILBER LISANDRO BENITEZ PORTILLO | ) |
| MANUEL ENAMORADO | ) |
| ELMER ENAMORADO | ) |
| JULIO CESAR SALMERON | ) |
| OSCAR RENATO ANARIBA ULLOA | ) |
| MARVIN ALEXANDER CASTRO ALVAREZ | ) |
| HENRY BLADIMIR ACOSTA RUIZ | ) |
| RUFINO QUINTERO AMAYA | ) |
| JOSE MELVIN VASQUEZ DOMINGUEZ | ) |
| EDVIN PINEDA TINOCO | ) |
| JONATHAN FELIPE AMAYA | ) |
| CELSO LOIRA RODRIGUEZ | ) |
| RUBEN CASTRO CASTRO | ) |
| EVELIO HERNANDEZ AGUILAR | ) |
| OSCAR AMILCAR GUERRA | ) |

1

```
NERY JOEL CANO                                  )
MARCO TULIO SANTOS                              )
NOEL ANTONIO DIAS                               )
OSCAR DANILO LOPEZ VASQUEZ                      )
GILBERTO MATIAS NOLASCO LOPEZ                   )
MARVIN NOE ALVARADO                             )
MANUEL DE JESUS HERNANDEZ AMAYA                 )
MERLYN RAUL RODRIGUEZ AMAYA                     )
EDUARDO ANTONIO CANO                            )
ORLIN GERARDO CASTRO DIAZ                       )
SANTIAGO ARNALDO ORELLANA                       )
JAIME ENRIQUE DOMINGUEZ MADRIOL                 )
ALEJANDRO CRUZ PONCE,                           )
                                                )
            Plaintiffs,                         )
                                                )
v.                                              )
                                                )
FANCY FARMS, INC.,                              )
                                                )
            Defendant.                          )
_____)
```

## MOTION TO WITHDRAW AS COUNSEL

Karla C. Martinez, co-counsel for Palma-Ulloa *et al.* ("Plaintiffs"), pursuant to Local Rule 2.03 hereby moves for an order permitting counsel Martinez to withdraw as co-counsel of record for Plaintiffs in this action. As grounds for this motion counsel Martinez states:

1. Counsel Martinez has been representing Plaintiffs as co-counsel along with two public interest law firms; Florida Legal Services, Inc. and Florida Rural Legal Services.

2. Co-counsel at Florida Rural Legal Services have been primary counsel in this action at all times.

3. Florida Rural Legal Services (FRLS), through Gladys Ortega and Sara Mangan, and Florida Legal Services (FLS), through Gregory S. Schell, will continue to represent the interests of Plaintiffs as counsel in this litigation.

2

4. Effective May 5, 2016, counsel Karla C. Martinez will no longer be employed by Florida Legal Services and will thus be unable to continue to represent Plaintiffs in this action.

5. Plaintiffs will not be prejudiced by counsel Martinez's withdrawal from this action, since she has not been lead counsel and this action will continue to be litigated by Gladys Ortega and Sara Mangan of FRLS and Gregory S. Schell of FLS.

6. In accordance with Local Rule 2.03(b), the clients and opposing counsel have been notified of counsel's intent to withdraw.

7. In accordance with Local Rule 3.01(g), counsel has conferred with counsel of record and no objections were expressed.

WHEREFORE, counsel Martinez requests that this court permits her to withdraw as co-counsel in this action.

Dated: April 23, 2016

                Respectfully Submitted,

                ***Karla C. Martinez***
                Karla C. Martinez
                FL Bar No. 94674
                Florida Legal Services, Inc.
                MIGRANT FARMWORKER JUSTICE
                    PROJECT
                14260 W. Newberry Rd., No. 412
                Newberry, Florida 32669
                (352) 375-2494 Ext. 1012
                (352) 331-5202 *fax*
                e-mail: karla@floridalegal.org
                *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Gladys Ortega**
Tel:  (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Sara Mangan**
Tel: (239) 334-4554 ext. 4113
Email: sara.mangan@frls.org

Florida Rural Legal Services
3210 Cleveland Avenue, Ste. 101
Fort Myers, Florida 33902
Telephone: 239-334-455
Fax: 239-334-3042


**Gregory S. Schell, Esq.**
e-mail: greg@floridalegal.org
Florida Legal Services, Inc.
Migrant Farmworker Justice Project
P.O. Box 32159
Palm Beach Gardens, FL 33420
Telephone: (561) 582-3921
Facsimile: (561) 582-4884

*Attorneys for Plaintiffs*

**David J. Stefany**
Email: dstefany@anblaw.com

**Allison R. Wallrapp**
E-mail: awallrapp@anblaw.com

Allen Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
Tel: 813-251-1210
Fax: 813-253-2006

*Attorneys for Defendant*
*Fancy Farms*