UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| SELSO PALMA ULLOA ) | |
| ORLIN NAHUM SANCHEZ HERNRIQUEZ ) | |
| MANUEL EDGARDO MEJIA MENDEZ ) | |
| JOSE GUADALUPE HERNANDEZ ENAMORADO ) | |
| NATAN JOEL ORELLANA MENDEZ ) | |
| JULIO CESAR GUTIERREZ ) | |
| JORGE HUMBERTO VASQUEZ ) | |
| JORGE ALBERTO DOMINGUEZ MADRID ) | |
| FAREN OBED URRUTIA RAMIREZ ) | |
| ERICK JOEL ULLOA AMAYA ) | |
| MARVIN ALEXANDER BUEZO CABALLERO ) | |
| BAYRON ALBERTO CHAVEZ MUNGUIA ) | |
| CRISTIAN EDGARDO TINOCO BUESO ) | |
| WALTER ANTONIO BRIZUELA GARCIA ) | |
| DILIO CRUZ VASQUEZ ) | |
| OSMON GERALDO GOMEZ ) | |
| ELDER DOMINGO MADRID SAAVEDRA ) | CIVIL ACTION No.: |
| WILMAN NOEL MARTINEZ LARA ) | 8:15-cv-02690-SCB-AAS |
| RENE ARDON VILLEDA ) | |
| ALEX DANIEL ULLOA AMAYA ) | |
| DEBLIN OVIDIO LOPEZ HERNANDEZ ) | |
| WILBER LISANDRO BENITEZ PORTILLO ) | |
| JULIO CESAR SALMERON ) | |
| OSCAR RENATO ANARIBA ULLOA ) | |
| MARVIN ALEXANDER CASTRO ALVAREZ ) | |
| HENRY BLADIMIR ACOSTA RUIZ ) | |
| RUFINO QUINTERO AMAYA ) | |
| JOSE MELVIN VASQUEZ DOMINGUEZ ) | |
| EDVIN PINEDA TINOCO ) | |
| JONATAN FELIPE AMAYA BENITEZ ) | |
| CELSO LARA RODRIGUEZ ) | |
| RUBEN CASTRO CASTRO ) | |
| EVELIO HERNANDEZ AGUILAR ) | |
| OSCAR AMILCA GUERRA ) | |
| NERY JOEL CANO ) | |
| MARCO TULIO SANTOS GARCIA ) | |
| NOEL ANTONIO DIAZ ) | |
| OSCAR DANILO LOPEZ VASQUEZ ) | |
| GILBERTO MATIAS NOLASCO LOPEZ ) | |

1

| | |
|---|---|
| MERLIN NOE ALVARADO MEDRANO | ) |
| MANUEL DE JESUS HERNANDEZ AMAYA | ) |
| MERLYN RAUL RODRIGUEZ AMAYA | ) |
| EDUARDO ANTONIO CANO | ) |
| ORLYN GERARDO CASTRO DIAZ | ) |
| SANTIAGO ARNALDO ORELLANA MENDEZ | ) |
| JAIME ENRIQUE DOMINGUEZ MADRID | ) |
| RENSO RENERIE CASTILLO BLANCO | ) |
| ALEX CRUZ PONCE | ) |
| DIONICIO MENCIA CHAVER | ) |
| OSMAN LEONEL GAMEZ RAMOS | ) |
| JULIO CESAR RAMOS | ) |
| GILBERTO GARCIA ZELAYA | ) |
| JOSE LUCIO ALVARADO DUBON and | ) |
| ALEX RENE MEMBRENO REYES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FANCY FARMS, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Attorneys for Plaintiffs:                     Gladys Andrea Ortega, Sara Mangan
    Law firm for Plaintiffs:                      Florida Rural Legal Services, Inc.

    Attorney for Plaintiff:                       Gregory S. Schell

Law firm for Plaintiffs:				Florida Legal Services, Inc.

Attorneys for Defendant:				David J. Stefany, Allison R. Wallrapp
Law firm for Defendant:				Allen, Norton & Blue, P.A.

The Defendant:					Fancy Farms, Inc.

The 54 named Plaintiffs in this action, who are:

| | |
|---|---|
| Selso Palma Ulloa | Plaintiff |
| Orlin Nahum Sanchez Hernriquez | Plaintiff |
| Manuel Edgardo Mejia Mendez | Plaintiff |
| Jose Guadalupe Hernandez Enamorado | Plaintiff |
| Natan Joel Orellana Mendez | Plaintiff |
| Julio Cesar Gutierrez | Plaintiff |
| Jorge Humberto Vasquez | Plaintiff |
| Jorge Alberto Dominguez Madrid | Plaintiff |
| Faren Obed Urrutia Ramirez | Plaintiff |
| Erick Joel Ulloa Amaya | Plaintiff |
| Marvin Alexander Buezo Caballero | Plaintiff |
| Bayron Alberto Chavez Munguia | Plaintiff |
| Cristian Edgardo Tinoco Bueso | Plaintiff |
| Walter Antonio Brizuela Garcia | Plaintiff |
| Dilio Cruz Vasquez | Plaintiff |
| Osmon Geraldo Gomez | Plaintiff |
| Elder Domingo Madrid Saavedra | Plaintiff |
| Wilman Noel Martinez Lara | Plaintiff |
| Rene Ardon Villeda | Plaintiff |
| Alex Daniel Ulloa Amaya | Plaintiff |
| Deblin Ovidio Lopez Hernandez | Plaintiff |
| Wilber Lisandro Benitez Portillo | Plaintiff |
| Julio Cesar Salmeron | Plaintiff |
| Oscar Renato Anariba Ulloa | Plaintiff |
| Marvin Alexander Castro Alvarez | Plaintiff |
| Henry Bladimir Acosta Ruiz | Plaintiff |
| Rufino Quintero Amaya | Plaintiff |
| Jose Melvin Vasquez Dominguez | Plaintiff |
| Edvin Pineda Tinoco | Plaintiff |
| Jonatan Felipe Amaya Benitez | Plaintiff |
| Celso Lara Rodriguez | Plaintiff |
| Ruben Castro Castro | Plaintiff |
| Evelio Hernandez Aguilar | Plaintiff |
| Oscar Amilca Guerra | Plaintiff |
| Nery Joel Cano | Plaintiff |

| | |
|---|---|
| Marco Tulio Santos Garcia | Plaintiff |
| Noel Antonio Diaz | Plaintiff |
| Oscar Danilo Lopez Vasquez | Plaintiff |
| Gilberto Matias Nolasco Lopez | Plaintiff |
| Merlin Noe Alvarado Medrano | Plaintiff |
| Manuel De Jesus Hernandez Amaya | Plaintiff |
| Merlyn Raul Rodriguez Amaya | Plaintiff |
| Eduardo Antonio Cano | Plaintiff |
| Orlyn Gerardo Castro Diaz | Plaintiff |
| Santiago Arnaldo Orellana Mendez | Plaintiff |
| Jaime Enrique Dominguez Madrid | Plaintiff |
| Renso Renerie Castillo Blanco | Plaintiff |
| Alex Cruz Ponce | Plaintiff |
| Dionicio mencia chaver | Plaintiff |
| Osman Leonel Gamez Ramos | Plaintiff |
| Julio Cesar Ramos | Plaintiff |
| Gilberto Garcia Zelaya | Plaintiff |
| Jose Lucio Alvarado Dubon and | Plaintiff |
| Alex Rene Membreno Reyes | Plaintiff |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The 54 named Plaintiffs in this action, who are:

| | |
|---|---|
| Selso Palma Ulloa | Plaintiff |
| Orlin Nahum Sanchez Hernriquez | Plaintiff |
| Manuel Edgardo Mejia Mendez | Plaintiff |
| Jose Guadalupe Hernandez Enamorado | Plaintiff |

| | |
|---|---|
| Natan Joel Orellana Mendez | Plaintiff |
| Julio Cesar Gutierrez | Plaintiff |
| Jorge Humberto Vasquez | Plaintiff |
| Jorge Alberto Dominguez Madrid | Plaintiff |
| Faren Obed Urrutia Ramirez | Plaintiff |
| Erick Joel Ulloa Amaya | Plaintiff |
| Marvin Alexander Buezo Caballero | Plaintiff |
| Bayron Alberto Chavez Munguia | Plaintiff |
| Cristian Edgardo Tinoco Bueso | Plaintiff |
| Walter Antonio Brizuela Garcia | Plaintiff |
| Dilio Cruz Vasquez | Plaintiff |
| Osmon Geraldo Gomez | Plaintiff |
| Elder Domingo Madrid Saavedra | Plaintiff |
| Wilman Noel Martinez Lara | Plaintiff |
| Rene Ardon Villeda | Plaintiff |
| Alex Daniel Ulloa Amaya | Plaintiff |
| Deblin Ovidio Lopez Hernandez | Plaintiff |
| Wilber Lisandro Benitez Portillo | Plaintiff |
| Julio Cesar Salmeron | Plaintiff |
| Oscar Renato Anariba Ulloa | Plaintiff |
| Marvin Alexander Castro Alvarez | Plaintiff |
| Henry Bladimir Acosta Ruiz | Plaintiff |
| Rufino Quintero Amaya | Plaintiff |
| Jose Melvin Vasquez Dominguez | Plaintiff |
| Edvin Pineda Tinoco | Plaintiff |
| Jonatan Felipe Amaya Benitez | Plaintiff |
| Celso Lara Rodriguez | Plaintiff |
| Ruben Castro Castro | Plaintiff |
| Evelio Hernandez Aguilar | Plaintiff |
| Oscar Amilca Guerra | Plaintiff |
| Nery Joel Cano | Plaintiff |
| Marco Tulio Santos Garcia | Plaintiff |
| Noel Antonio Diaz | Plaintiff |
| Oscar Danilo Lopez Vasquez | Plaintiff |
| Gilberto Matias Nolasco Lopez | Plaintiff |
| Merlin Noe Alvarado Medrano | Plaintiff |
| Manuel De Jesus Hernandez Amaya | Plaintiff |
| Merlyn Raul Rodriguez Amaya | Plaintiff |
| Eduardo Antonio Cano | Plaintiff |
| Orlyn Gerardo Castro Diaz | Plaintiff |
| Santiago Arnaldo Orellana Mendez | Plaintiff |
| Jaime Enrique Dominguez Madrid | Plaintiff |
| Renso Renerie Castillo Blanco | Plaintiff |
| Alex Cruz Ponce | Plaintiff |

| | |
|---|---|
| Dionicio mencia chaver | Plaintiff |
| Osman Leonel Gamez Ramos | Plaintiff |
| Julio Cesar Ramos | Plaintiff |
| Gilberto Garcia Zelaya | Plaintiff |
| Jose Lucio Alvarado Dubon and | Plaintiff |
| Alex Rene Membreno Reyes | Plaintiff |

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Date: June 7, 2016

    Respectfully submitted,

    */s/ Andrea Ortega*
    **Gladys Andrea Ortega, Esq**.
    Florida Bar Number 97651
    andrea.ortega@frls.org

    */s/ Sara Mangan*
    **Sara Mangan, Esq**.
    Florida Bar Number 0112071
    sara.mangan@frls.org

    Florida Rural Legal Services, Inc.
    3210 Cleveland Ave., Ste. 101
    Fort Myers, FL 33901
    (239) 334-4554

    */s/ Gregory S. Schell*
    **Gregory S. Schell, Esq.**
    Florida Bar No. 287199
    greg@floridalegal.org

    Florida Legal Services, Inc.
    Migrant Farmworker Justice Project
    P.O. Box 32159
    Palm Beach Gardens, FL 33420

(561) 582-3921 | 561) 582-4884 – Fax

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

*/s/ Andrea Ortega*

## SERVICE LIST

<u>Palma-Ulloa et al v. Fancy Farms, Inc.</u>
Case No.: 8:15-cv-02690-SCB-AAS

United States District Court
Middle District of Florida

**Gladys Ortega**
Telephone: (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Sara Mangan**
Telephone: (239) 334-4554 ext. 4113
Email: sara.mangan@frls.org

Florida Rural Legal Services, Inc.
3210 Cleveland Ave., Ste. 101
Fort Myers, Florida 33901
Telephone: (239) 334-4554
Fax: (239) 334-3042

**Gregory S. Schell**
Email: greg@floridalegal.org

Florida Legal Services, Inc.
Migrant Farmworker Justice Project
P.O. Box 32159
Palm Beach Gardens, Florida 33420
Telephone: (561) 582-3921
Fax: (561) 582-4884

*Attorneys for Plaintiffs*

**David J. Stefany**
Email: dstefany@anblaw.com
(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)

**Allison R. Wallrapp**
Email: awallrapp@anblaw.com
(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)

Allen, Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606
Telephone: (813) 251-1210
Fax: (813) 253-2006

*Attorneys for Defendant*