UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | | |
|---|---|---|
| SELSO PALMA ULLOA | ) | |
| ORLIN NAHUM SANCHEZ HERNRIQUEZ | ) | |
| MANUEL EDGARDO MEJIA MENDEZ | ) | |
| JOSE GUADALUPE HERNANDEZ ENAMORADO | ) | |
| NATAN JOEL ORELLANA MENDEZ | ) | |
| JULIO CESAR GUTIERREZ | ) | |
| JORGE HUMBERTO VASQUEZ | ) | |
| JORGE ALBERTO DOMINGUEZ MADRID | ) | |
| FAREN OBED URRUTIA RAMIREZ | ) | |
| ERICK JOEL ULLOA AMAYA | ) | |
| MARVIN ALEXANDER BUEZO CABALLERO | ) | |
| BAYRON ALBERTO CHAVEZ MUNGUIA | ) | |
| CRISTIAN EDGARDO TINOCO BUESO | ) | |
| WALTER ANTONIO BRIZUELA GARCIA | ) | |
| DILIO CRUZ VASQUEZ | ) | |
| OSMON GERALDO GOMEZ | ) | |
| ELDER DOMINGO MADRID SAAVEDRA | ) | CIVIL ACTION No.: |
| WILMAN NOEL MARTINEZ LARA | ) | 8:15-cv-02690-SCB-AAS |
| RENE ARDON VILLEDA | ) | |
| ALEX DANIEL ULLOA AMAYA | ) | |
| DEBLIN OVIDIO LOPEZ HERNANDEZ | ) | |
| WILBER LISANDRO BENITEZ PORTILLO | ) | |
| JULIO CESAR SALMERON | ) | |
| OSCAR RENATO ANARIBA ULLOA | ) | |
| MARVIN ALEXANDER CASTRO ALVAREZ | ) | |
| HENRY BLADIMIR ACOSTA RUIZ | ) | |
| RUFINO QUINTERO AMAYA | ) | |
| JOSE MELVIN VASQUEZ DOMINGUEZ | ) | |
| EDVIN PINEDA TINOCO | ) | |
| JONATAN FELIPE AMAYA BENITEZ | ) | |
| CELSO LARA RODRIGUEZ | ) | |
| RUBEN CASTRO CASTRO | ) | |
| EVELIO HERNANDEZ AGUILAR | ) | |
| OSCAR AMILCA GUERRA | ) | |
| NERY JOEL CANO | ) | |
| MARCO TULIO SANTOS GARCIA | ) | |
| NOEL ANTONIO DIAZ | ) | |
| OSCAR DANILO LOPEZ VASQUEZ | ) | |
| GILBERTO MATIAS NOLASCO LOPEZ | ) | |

```
MERLIN NOE ALVARADO MEDRANO            )
MANUEL DE JESUS HERNANDEZ AMAYA        )
MERLYN RAUL RODRIGUEZ AMAYA            )
EDUARDO ANTONIO CANO                   )
ORLYN GERARDO CASTRO DIAZ              )
SANTIAGO ARNALDO ORELLANA MENDEZ       )
JAIME ENRIQUE DOMINGUEZ MADRID         )
RENSO RENERIE CASTILLO BLANCO          )
ALEX CRUZ PONCE                        )
DIONICIO MENCIA CHAVER                 )
OSMAN LEONEL GAMEZ RAMOS               )
JULIO CESAR RAMOS                      )
GILBERTO GARCIA ZELAYA                 )
JOSE LUCIO ALVARADO DUBON and          )
ALEX RENE MEMBRENO REYES,              )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     )
                                       )
FANCY FARMS, INC.,                     )
                                       )
        Defendant.                     )
_____)
```

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

___X___ IS          related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:
Buezo Caballero v. All Nation Staffing, LLC, No. 0:14-cv-61497-KMW (S.D. Fla. dismissed Aug. 19, 2014)._____
_____

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: June 9, 2016

        Respectfully submitted,

        */s/ Andrea Ortega*
        **Gladys Andrea Ortega, Esq**.
        Florida Bar Number 97651
        andrea.ortega@frls.org

        */s/ Sara Mangan*
        **Sara Mangan, Esq**.
        Florida Bar Number 0112071
        sara.mangan@frls.org

        Florida Rural Legal Services, Inc.
        3210 Cleveland Ave., Ste. 101
        Fort Myers, FL 33901
        (239) 334-4554

        */s/ Gregory S. Schell*
        **Gregory S. Schell, Esq.**
        Florida Bar No. 287199
        greg@floridalegal.org

        Florida Legal Services, Inc.
        Migrant Farmworker Justice Project
        P.O. Box 32159
        Palm Beach Gardens, FL 33420
        (561) 582-3921 | 561) 582-4884 – Fax

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified.

               */s/ Andrea Ortega*

## SERVICE LIST

<u>Palma-Ulloa et al v. Fancy Farms, Inc.</u>
Case No.: 8:15-cv-02690-SCB-AAS

United States District Court
Middle District of Florida

**Gladys Ortega**
Telephone: (239) 334-4554 ext. 4120
Email: andrea.ortega@frls.org

**Sara Mangan**
Telephone: (239) 334-4554 ext. 4113
Email: sara.mangan@frls.org

Florida Rural Legal Services, Inc.
3210 Cleveland Ave., Ste. 101
Fort Myers, Florida 33901
Telephone: (239) 334-4554
Fax: (239) 334-3042

**Gregory S. Schell**
Email: greg@floridalegal.org

Florida Legal Services, Inc.
Migrant Farmworker Justice Project
P.O. Box 32159
Palm Beach Gardens, Florida 33420
Telephone: (561) 582-3921
Fax: (561) 582-4884

*Attorneys for Plaintiffs*

**David J. Stefany**
Email: dstefany@anblaw.com
(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)

**Allison R. Wallrapp**
Email: awallrapp@anblaw.com
(Served via transmission of Notice of
Electronic Filing generated by CM/ECF)

Allen, Norton & Blue, P.A.
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606
Telephone: (813) 251-1210
Fax: (813) 253-2006

*Attorneys for Defendant*